**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:20-cv-07536-JFW-KSx |
| Plaintiff, | |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| CROSSROADS PLAZA LIMITED PARTNERSHIP, A WASHINGTON LIMITED PARTNERSHIP, a Washington limited partnership, | |
| Defendants. | |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Crossroads Plaza Limited Partnership, A Washington Limited Partnership ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED

Dated: March 25, 2021

UNITED STATES DISTRICT JUDGE